No. 1588, October Term, 1970. SEARS, ROEBUCK & CO. ET AL. *v.* SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL., 403 U. S. 905; 

No. 70–131. CALIFORNIA *v.* ELLER TELECASTING COMPANY OF ARIZONA, *ante,* p. 869;

No. 70–158. INJECT-O-METER MANUFACTURING CO., INC. *v.* NORTH PLAINS FERTILIZER & CHEMICAL, INC., *ante,* p. 824;

No. 70–213. GROENDYKE TRANSPORT, INC. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 827;

No. 70–217. ANSTED *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL., *ante,* p. 827;

No. 70–248. HARRISON ET AL. *v.* PRATHER, *ante,* p. 829;

No. 70–5140. COLE *v.* NIGRO, JUDGE, *ante,* p. 804;

No. 70–5146. BEASLEY *v.* UNITED STATES, *ante,* p. 866;

No. 70–5169. BROWN *v.* KENTUCKY, *ante,* p. 837;

No. 70–5172. QUARLES *v.* TEXAS ET AL., *ante,* p. 805;

No. 70–5190. CLARK *v.* CRAVEN, WARDEN, *ante,* p. 805;

No. 70–5196. WATSON *v.* GOODWIN, U. S. DISTRICT JUDGE, *ante,* p. 818;

No. 70–5199. MARTS ET AL. *v.* UNITED STATES, *ante,* p. 839;

No. 70–5272. CLAUSSER *v.* FIRST NATIONAL BANK OF ARIZONA, ADMINISTRATOR, ET AL., *ante,* p. 842;

No. 70–5279. HERRINGTON *v.* UNITED STATES, *ante,* p. 842;

No. 70–5284. DIXON *v.* UNITED STATES, *ante,* p. 828;

No. 70–5292. McDONALD *v.* METROPOLITAN TRAFFIC AND PARKING COMMISSION ET AL., *ante,* p. 843;

No. 70–5300. FANNING *v.* UNITED STATES, *ante,* p. 828; and

No. 70–5301. MARMORSTEIN ET AL. *v.* UNITED STATES, *ante,* p. 828. Petitions for rehearing denied.